

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00636-CV

**IN RE** Jerry **VALDEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Phylis J. Speedlin, Justice
                Marialyn Barnard, Justice

Delivered and Filed: September 15, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On September 1, 2010, relator filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-16137, styled *Jerry Valdez v. Progressive County Mutual Ins. Co.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding. However, the order complained of was signed by the Honorable Sol Casseb, III, presiding judge of the 288th Judicial District Court, Bexar County, Texas.